UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| DWIGHT D. LANEY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-2000-RWS |
| ) | |
| ABRAZO ARROWHEAD CAMPUS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Dwight D. Laney, Sr.'s application to proceed in the district court without prepaying fees or costs. Having reviewed plaintiff's financial information, the Court will grant the motion. In addition, the Court will allow plaintiff the opportunity to submit an amended complaint.

**The Complaint**

Plaintiff brings this action against his former employer, defendant Abrazo Arrowhead Campus, for employment discrimination based on race and color under Title VII of the Civil Rights Act of 1964, and based on age under the Age Discrimination in Employment Act of 1967. For his complaint, plaintiff has filled out the Court's form employment discrimination complaint. He has left blank, however, paragraph 12 on the Court form asking him to:

> State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

The Court cannot conduct an initial review of plaintiff's employment discrimination complaint under 28 U.S.C. § 1915(e) without any statement of plaintiff's claim. Under the

federal rules, a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Plaintiff's complaint does not state any statement of his claim showing that he is entitled to relief.

Because plaintiff is proceeding pro se, the Court will allow him to file an amended complaint. The Court notes for plaintiff that the amended complaint replaces the original complaint, and so it must include all claims plaintiff wishes to bring. *E.g.*, *In re Wireless Tele. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005). The Court will order the Clerk to provide plaintiff with another blank form employment discrimination complaint. Plaintiff shall, at paragraph 12, state the essential facts upon which he bases his claim against his former employer.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in district court without prepaying fees or costs is **GRANTED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this memorandum and order, plaintiff shall submit an amended complaint in accordance with the instructions set forth herein.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to plaintiff a blank employment discrimination complaint. Plaintiff may request additional forms as needed.

**If plaintiff fails to timely comply with this memorandum and order, the Court will dismiss this action without prejudice and without further notice.**

Dated this 29th day of November, 2018.

                                                   /s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE